# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3432

_____

United States of America,

        Appellee,

v.

Willie B. Haynes,

        Appellant.

\*  
\*  
\*   Appeal from the United States
\*   District Court for the
\*   District of Nebraska.
\*  
\*   [UNPUBLISHED]
\*  
\*  

_____

Submitted: March 3, 2010
Filed: March 8, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

After Willie Haynes pleaded guilty to possessing with intent to distribute five grams or more of cocaine base, the District Court[1] varied below the advisory Guidelines sentencing range triggered by Haynes's career-offender status and sentenced him to 188 months in prison and eight years of supervised release. In a brief filed under Anders v. California, 386 U.S.738 (1967), counsel moves to withdraw and argues that the District Court erred at sentencing by denying Haynes's

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

motion for a departure or variance to 120 months in prison. Haynes has not filed a pro se supplemental brief.

We do not review the District Court's discretionary decision not to grant a downward departure under section 4A1.3 of the sentencing Guidelines, <u>see</u> <u>United States v. Butler</u>, No. 09-1137, 2010 WL 431720, at \*9 (8th Cir. Feb. 9, 2010), and the Court's sentence is not an abuse of discretion, <u>see</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); <u>United States v. Haack</u>, 403 F.3d 997, 1002–03 (8th Cir.), <u>cert. denied</u>, 546 U.S. 913 (2005). Further, having reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for review.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____